# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE PHILLIPPI, aka, Robert M. Ray, <br><br> Petitioner, <br><br> vs. <br><br> CLARK E. DUCART, <br><br> Respondent. | CASE NO. 14cv1310 DMS (MDD) <br><br> **ORDER (1) ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND (2) DENYING PETITION** |

On May 27, 2014, Petitioner Bruce Phillippi ("Petitioner"), a state prisoner proceeding *pro se*, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On January 12, 2016, Magistrate Judge Mitchell D. Dembin issued a Report and Recommendation ("R&R") recommending that the Court deny the petition. Both parties filed objections to the R&R, Respondent filed a reply to Petitioner's objections and Petitioner filed a surreply.

This Court, having reviewed *de novo* the Magistrate Judge's R&R and the objections, reply briefs, surreply brief and other briefs and documents attached thereto, adopts the Magistrate Judge's recommendation in full and **DENIES** the petition for a

/ / /
/ / /
/ / /
/ / /

1  writ of habeas corpus.  The Court finds no basis for a certificate of appealability.  The
2  Clerk of Court shall enter judgment accordingly, and terminate this case.
3       **IT IS SO ORDERED**.
4  DATED:  May 9, 2016

            _____
            HON. DANA M. SABRAW
            United States District Judge